UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 10-123-P-H |
| | ) | |
| ROBERT WAYNE INFANTE, | ) | |
| DEFENDANT | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 3, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Motions to Suppress. The defendant filed his objection to the Recommended Decision on April 8, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motions to suppress are **DENIED**.

**SO ORDERED.**

**DATED THIS 26TH DAY OF APRIL, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**